PROB 12C
(6/16)

Report Date: February 24, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2020

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dan Elliott Ochs — Case Number: 0980 2:11CR00026-WFN-1

Address of Offender: Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 26, 2011

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Prison - 120 months; TSR - Life — Type of Supervision: Supervised Release

Asst. U.S. Attorney: James A. Goeke — Date Supervision Commenced: July 19, 2019

Defense Attorney: Katherine Westerman — Date Supervision Expires: Life

---

## PETITIONING THE COURT

**To issue a SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #26**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |

**Supporting Evidence**: Daniel Ochs violated the terms of his supervised release by viewing pornography throughout the months of November and December 2019, until on or about January 1, 2020.

On July 19, 2019, supervision commenced in this matter. That same day, Mr. Ochs reported to the U.S. Probation Office for the purpose of a supervision intake. He signed a copy of his judgment indicating an understanding of the conditions imposed, to include special condition number 26, as noted above.

On February 4, 2020, Mr. Ochs reported to the U.S. Probation Office and reviewed the order modifying his conditions, which was filed by the Court on January 22, 2020. At that time, Mr. Ochs admitted to viewing pornography throughout the holiday season in November and December, until on or about January 1, 2020.

On February 21, 2020, a maintenance polygraph was administered on Mr. Ochs. At that time, Mr. Ochs admitted to the polygrapher that he had viewed pornography approximately 30-40 times during the holiday season.

2 **Special Condition #16:** You shall have no contact with any child under the age of 18 without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.

**Supporting Evidence**: Mr. Ochs violated the terms of his supervised release by being in the presence of a minor without prior approval from U.S. probation in or around October 2019.

On July 19, 2019, supervision commenced in this matter. That same day, Mr. Ochs reported to the U.S. Probation Office for the purpose of a supervision intake. He signed a copy of his judgment indicating an understanding of the conditions imposed, to include special condition number 16, as noted above.

On February 21, 2020, a maintenance polygraph was administered on Mr. Ochs. At that time, Mr. Ochs admitted to being in the presence of his girlfriend's 5-year-old granddaughter.

On February 22, 2020, Mr. Ochs reported to the U.S. Probation Office. He indicated he believed he had discussed this matter with the undersigned previously, but he had not. He indicated the contact was around September or October 2019. He advised he had received a ride home from his girlfriend and she picked up her daughter and granddaughter while he was with her.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/24/2020

Date