PROB 12C
(6/16)

Report Date: October 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dan Elliott Ochs | Case Number: 0980 2:11CR00026-WFN-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 26, 2011

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) |
| Original Sentence: | Prison - 120 months<br>TSR - Life |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke |
| | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: Life |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 26**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 26, by accessing sexually explicit material on October 4 and 5, 2020.<br><br>On July 19, 2019, the offender reported to the U.S. Probation Office for his scheduled intake appointment. At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood the requirements. Specifically, he was made aware by his supervising officer that he was prohibited from accessing sexually explicit material. |

Prob12C
Re: Ochs, Dan Elliott
October 9, 2020
Page 2

On October 6, 2020, the probation officer conducted a virtual home contact with the offender at his residence. During the discussion, Mr. Ochs informed this officer that Covenant Eyes may have flagged a concerning image. When questioned further, he admitted to viewing an image of a female's bare breasts on a dating website. He also admitted to engaging in a sexual encounter via video with an adult female he met on a dating website.

On October 7, 2020, the undersigned officer reviewed the offender's weekly Covenant Eyes report, which identified one concerning screen shot viewed on October 5, 2020. Upon reviewing the image, this officer discovered the screen shot depicted a female's bare breasts.

The aforementioned Covenant Eyes report also included several screen shots taken from the offender's phone. Upon further inspection of the screen shots, the probation officer identified four additional concerning images. Specifically, on October 4, 2020, the offender viewed images depicting a naked adult female who appeared to be masturbating. On the same date, he also viewed images of a female's bare breasts, and a nude female bending over and exposing her buttocks.

During a subsequent conversation with Mr. Ochs, he admitted to viewing the images described above. He informed the undersigned officer he was frustrated because he was having problems with his vehicle, and he knowingly accessed websites that he was aware may contain sexually explicit material. Further, he acknowledged he should have used the coping skills he has identified in treatment, however, he failed to do so due to his negative mindset.

2   **Special Condition #21**: You shall participate and successfully complete an approved state-certified sex offender treatment program at the direction of your supervising officer. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the forms of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for testing and treatment according to your ability.

**Supporting Evidence**: The offender is alleged to have violated special condition number 21, by violating the conditions of his treatment contract on October 4 and 5, 2020.

On July 19, 2019, the offender reported to the U.S. Probation Office for his scheduled intake appointment. At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood the requirements. Specifically, he was made aware by his supervising officer that he must abide by the requirements of his sex offender treatment program.

As previously noted, the offender admitted to viewing sexually explicit material on October 4 and 5, 2020. On October 8, 2020, the undersigned officer contacted Mr. Ochs' sex offender therapist, Priscilla Hannon. She confirmed the offender's above-referenced behavior constitutes a violation of his treatment contract.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Ochs, Dan Elliott
October 9, 2020
Page 3

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 9, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/13/2020
Date