PROB 12C
(6/16)

Report Date: October 23, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Dan Elliott Ochs | Case Number: 0980 2:11CR00026-WFN-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 26, 2011

Original Offense:    Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months;<br>TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: Life |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/9/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 23**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 23, by viewing sexually explicit material on October 19, 20, and 21, 2020.<br><br>On July 19, 2020, Mr. Ochs reported to the U.S. Probation Office for his scheduled intake appointment.  At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood the requirements. Specifically, he was made aware by his supervising officer that he was prohibited from accessing sexually explicit material. |

Prob12C
Re: Ochs, Dan Elliott
October 23, 2020
Page 2

On October 22, 2020, the undersigned officer reviewed Mr. Ochs' weekly Covenant Eyes report, which identified several concerning screen shots. Upon further inspection, the probation officer identified three images that were sexually explicit. Specifically, on October 19, 20, and 21, 2020, the offender viewed images depicting a female's bare breasts.

The Covenant Eyes report also included several random screen shots taken from the offender's phone. Upon further review, the probation officer identified one additional image that was sexually explicit. Specifically, on October 19, 2020, Mr. Ochs viewed an image depicting a female bending over and exposing her buttocks.

On October 22, 2020, this officer contacted Mr. Ochs to discuss the aforementioned images. During the conversation, he admitted to viewing the sexually explicit images. He further informed this officer that he has given up because he is confident the Court will send him back to prison based on his conduct outlined in the previously submitted petition.

4    **Special Condition # 21**: You shall participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Supporting Evidence**: The offender is alleged to have violated special condition number 21 by failing to comply with his sex offender treatment contract on October 19, 20, and 21, 2020.

On July 19, 2020, Mr. Ochs reported to the U.S. Probation Office for his scheduled intake appointment. At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood the requirements. Specifically, he was made aware by his supervising officer that he must abide by the requirements of his sex offender treatment program.

As previously noted, the offender admitted viewing sexually explicit images on October 19, 20, and 21, 2020. On October 22, 2020, the undersigned contacted his sex offender therapist, Priscilla Hannon, who advised that the above-referenced behavior constitutes a violation of his treatment contract.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 23, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Ochs, Dan Elliott**
**October 23, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_10/26/2020_____
Date