PROB 12C
(6/16)

Report Date: February 12, 2021

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dan Elliott Ochs            Case Number: 0980 2:11CR00026-WFN-1

Address of Offender:                          Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 26, 2011

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:       Prison - 120 months              Type of Supervision: Supervised Release
                         TSR - Life

Asst. U.S. Attorney:     James A. Goeke                   Date Supervision Commenced: July 19, 2019

Defense Attorney:        Federal Defenders Office         Date Supervision Expires: Life

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/9/2020, 10/23/2020 and 11/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #26**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 26, by accessing sexually explicit material on January 30, 2021.<br><br>On July 19, 2019, the offender reported to the U.S. Probation Office for his scheduled intake appointment. At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by his supervising officer that he was prohibited from accessing sexually explicit material. |

Prob12C
Re: Ochs, Dan Elliott
February 12, 2021
Page 2

On February 4, 2021, the undersigned officer reviewed the offender's weekly Covenant Eyes report, which identified two concerning screen shots viewed on January 30, 2021. The images were difficult to discern, but they appeared to contain sexually explicit material.

On this same date, the probation officer contacted Mr. Ochs to discuss the flagged images. The offender admitted the images depicted naked adult females and males engaged in sexual activity. He further explained that he unintentionally accessed the images while trying to unsubscribe from emails received from the dating website www.benaughty.com. He stated that when he tried to unsubscribe from the website's emails, he was inadvertently redirected to his profile on the website.

8       **Special Condition #21**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

**Supporting Evidence**: The offender is alleged to have violated special condition number 21, by violating his sex offender treatment contract on January 30, 2021.

On July 19, 2019, the offender reported to the U.S. Probation Office for his scheduled intake appointment. At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by his supervising officer that he must abide by the requirements of his sex offender treatment program.

As previously noted, Mr. Ochs admitted to viewing sexually explicit material on January 30, 2021. The undersigned officer contacted his sex offender therapist, Priscilla Hannon, who advised the above-referenced behavior constitutes a violation of his treatment contact.

9       **Modified Condition:** You shall obtain approval from your probation officer prior to accessing any dating websites. You shall only access previously authorized dating websites.

**Supporting Evidence:** The offender is alleged to have violated the modified condition by accessing a dating website that had not been approved by the probation officer on January 30, 2021.

On January 6, 2021, Mr. Ochs appeared before the Court for a supervised release revocation hearing. At that time, his conditions were modified and he was ordered to obtain approval from the probation officer prior to accessing any dating websites. On this same date, the probation officer contacted the offender, and he acknowledged an understanding of this requirement.

As previously noted, Mr. Ochs admitted to accessing the dating website www.benaughty.com on January 30, 2021. He claimed he did not intentionally access the dating website, but was redirected to the website when he was trying to unsubscribe from their emails. This dating website contains sexually explicit content and had not been approved by the probation officer.

Prob12C
Re: Ochs, Dan Elliott
February 12, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 12, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

02/12/2021
Date