PROB 12C
(6/16)

Report Date: March 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dan Elliott Ochs                    Case Number: 0980 2:11CR00026-WFN-1

Address of Offender:                                  Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 26, 2011

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:       Prison - 120 months            Type of Supervision: Supervised Release
                         TSR - Life

Asst. U.S. Attorney:     James A. Goeke                 Date Supervision Commenced: July 19, 2019

Defense Attorney:        Federal Defenders Office       Date Supervision Expires: Life

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/9/2020, 10/23/2020, 11/5/2020, and 02/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 10 | **Special Condition #26**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 26, by accessing sexually explicit material on February 20, 2021. |
| | On July 19, 2019, the offender reported to the U.S. Probation Office for his scheduled intake appointment.  At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by his supervising officer that he was prohibited from accessing sexually explicit material. |

On February 25, 2021, the undersigned officer reviewed the offender's weekly Covenant Eyes report, which identified one concerning screen shot viewed on February 20, 2021. The image appeared to contain sexually explicit material.

On February 26, 2021, the probation officer contacted Mr. Ochs to discuss the aforementioned image. He advised he was aware that a screen shot was flagged on his Covenant Eyes report, and stated the captured image was taken during a live video chat. He further admitted the image depicted a naked adult male masturbating, and he reported he unintentionally encountered the explicit material while in a chat room.

11 **Special Condition #21**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

**Supporting Evidence**: The offender is alleged to have violated special condition number 21, by violating his sex offender treatment contract on February 20, 2021.

On July 19, 2019, the offender reported to the U.S. Probation Office for his scheduled intake appointment. At that time, his conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by his supervising officer that he must abide by the requirements of his sex offender treatment program.

As previously noted, Mr. Ochs admitted to viewing sexually explicit material on February 20, 2021. The undersigned officer contacted his sex offender therapist, Priscilla Hannon, who advised the above-referenced behavior constitutes a violation of his treatment contract.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | March 3, 2021 |
|---|---|
| | s/Lori Cross |
| | Lori Cross
U.S. Probation Officer |

Prob12C
Re: Ochs, Dan Elliott
March 3, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_3/3/2021_
Date